No. 69415.—A. C. Gilbert Co. and Gehrig, Hoban & Co., Inc., et al. v. United States, protests 61/10120, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of HO gauge railroad track and other accessories similar in all material respects to those the subject of *United States* v. *Polk's Model Craft Hobbies, Inc., et al.* (47 CCPA 137, C.A.D. 746), the claim of the plaintiffs was sustained.